1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Julia A. Luster (State Bar No. 295031)
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5            jluster@bursor.com

6  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
7  888 Seventh Avenue
   New York, NY 10019
8  Telephone: (212) 989-9113
   Facsimile: (212) 989-9163
9  E-Mail: scott@bursor.com

10 *Attorneys for Plaintiff*

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 | EDHER SOTO, individually and on behalf of all others similarly situated, | Case No.: 15-cv-05078 EMC |
16 | | **SECOND JOINT STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
17 | Plaintiff, | |
18 | vs. | |
19 | SAFEWAY INC., | |
20 | Defendant. | |

1   Plaintiff Edher Soto ("Plaintiff") and Defendant Safeway Inc. ("Defendant"), pursuant to
2   Civil Local Rule 6-2, hereby stipulate as follows:
3   WHEREAS the Summons and Complaint in this action were served on Defendant on
4   November 11, 2015, making a response to the Complaint due on or before December 2, 2015;
5   WHEREAS Defendant's counsel desires additional time beyond December 2, 2015 to
6   prepare a response to the Complaint;
7   WHEREAS the parties previously stipulated to extend the time to respond from December
8   3, 2015 to January 4, 2016;
9   WHEREAS the current January 4, 2016 response date falls on the Monday after the New
10  Year's holiday and Defendant and Defendant's counsel desire an additional week to respond to the
11  Complaint and the additional extension does not impact any Court set deadline;
12  WHEREAS this request for an extension of time is made in good faith and not for the
13  purpose of delay, and will not prejudice any party;
14  WHEREAS, Plaintiff and his counsel do not object to this extension;
15  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel
16  that the deadline for Defendant to file its response to the Complaint is extended by seven (7) days to
17  January 11, 2016.
18  IT IS SO STIPULATED.

SECOND JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT Case No.: 15-cv-05078 EMC

- 2 -

Dated: December 21, 2015                **BURSOR & FISHER, P.A.**


By: /s/ L. Timothy Fisher
L. Timothy Fisher
Attorneys for Plaintiff
EDHER SOTO


Dated: December 21, 2015                **ARNOLD & PORTER LLP**


By: /s/ Monty Agarwal
Monty Agarwal
Attorneys for Defendant
SAFEWAY INC.

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT Case No.: 15-cv-05078 EMC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ L. Timothy Fisher
L. Timothy Fisher

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Hon. Edward M. Chen
United States District Court Judge

12/23/15

Date