**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDHER SOTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No.: 15-cv-05078 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1    Plaintiff Edher Soto ("Plaintiff") and Defendant Safeway Inc. ("Defendant" or "Safeway"),
2    pursuant to Civil Local Rule 6-2, hereby stipulate as follows:

3    WHEREAS the Summons and Complaint in this action were served on Defendant Safeway
4    on November 11, 2015;

5    WHEREAS the parties previously stipulated to extend Defendant's time to respond from
6    December 3, 2015 to January 4, 2016 (Dkt. #10) and then further stipulated to extend the time to
7    respond to January 11, 2016 (Dkt #14).

8    WHEREAS on November 23, 2015, the Court issued a Case Management Scheduling Order
9    (Dkt. #11) setting the Case Management Conference for Thursday, February 11, 2016 at 9:30 AM
10   with a Case Management Statement due by Thursday, February 4, 2016.

11   WHEREAS the parties have conferred on the desirability of extending the time for
12   Defendant to respond from January 11, 2016 to Monday, February 1, 2016 and the Case
13   Management Conference to Thursday, February 25, subject to the Court's availability and order,
14   with the Case Management Statement due by Thursday, February 18, 2016.

15   WHEREAS, the requests for extensions are made in good faith and not for the purpose of
16   delay, and will not prejudice any party.  The specific reasons for the request are as follows:  In this
17   action, Plaintiff alleges that certain Safeway brand canned tuna products did not contain the amount
18   of tuna required by regulation.  Safeway is considering filing a third-party claim against at least one
19   of its suppliers, who may be required to indemnify and defend Safeway.  Plaintiff's counsel is
20   collecting the information required to identify the suppliers for the products-at-issue.  Safeway
21   believes that having this information before the parties meet and confer with respect to case
22   management issues and before appearing before the Court would allow Safeway to identify the
23   supplier(s), engage in discussions regarding indemnification, and allow any indemnifying parties to
24   secure representation.  This preliminary exchange would also allow Safeway to determine whether
25   any additional parties need to be brought into the case and who may have relevant information with
26   respect to the allegations in the Complaint.  The parties believe that modestly extending Safeway's

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE
COMPLAINT
Case No.: 15-cv-05078 EMC

1  time to respond and the Case Management Conference will ultimately help to streamline the case
2  and help the Court more efficiently manage the matter.
3      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel
4  that Defendant's time to answer or otherwise respond to the Complaint be extended from January
5  11, 2016 to Monday, February 1, 2016 and that the Case Management Conference be reset from
6  Thursday, February 4, 2016 to Thursday, February ~~25~~ March 3, 2016, at 9:30 a.m., subject to the Court's availability, and
7  that the Case Management Statement be due by Thursday, February ~~18~~ 25, 2016.
8      IT IS SO STIPULATED.

10  Dated: January 8, 2016      **BURSOR & FISHER, P.A.**

12      By: */s/ L. Timothy Fisher*
        L. Timothy Fisher
13          Attorneys for Plaintiff
        EDHER SOTO

16  Dated: January 8, 2016      **ARNOLD & PORTER LLP**

18      By: */s/ Monty Agarwal*
        Monty Agarwal
19          Attorneys for Defendant
        SAFEWAY INC.

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    */s/ L. Timothy Fisher*
    L. Timothy Fisher

1  **PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

2  CMC reset from 2/4/16 to 3/3/16 at 9:30 a.m.  Joint CMC statement due 2/25/16.



Hon. Edward M. Chen
United States District Judge

1/11/16

Date

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
Case No.: 15-cv-05078 EMC