**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDHER SOTO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY INC.,<br><br>　　　　　　Defendant. | Case No.: 15-cv-05078 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL TO APRIL 7, 2016** |

1  Plaintiff Edher Soto and Defendant Safeway Inc., pursuant to Civil Local Rule 6-2, hereby
2  stipulate as follows:
3  WHEREAS, on January 21, 2016, Plaintiff filed a Motion for Consolidation and
4  Appointment of Interim Class Counsel and set the motion for hearing on March 10, 2016;
5  WHEREAS, Plaintiff's counsel now has a scheduling conflict on March 10, 2016;
6  WHEREAS, Plaintiff's counsel has met and conferred with Defendant's counsel and agreed,
7  subject to the Court's approval, to continue the hearing on the Motion for Consolidation and
8  Appointment of Interim Class Counsel from March 10, 2016 to April 7, 2016, the date the Court has
9  set for the initial Case Management Conference in the case;
10  WHEREAS, Plaintiff and Defendant have also agreed, subject to the Court's approval, to
11  move the Case Management Conference in this case and the related case *Shihad v. Safeway Inc*,
12  Case No. 3:16-cv-00114-EMC from April 7, 2016 at 9:30 a.m. to April 7, 2016 at 1:30 p.m.
13  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through
14  their respective counsel that, subject to the Court's approval, the hearing on Plaintiff's Motion for
15  Consolidation and Appointment of Interim Class Counsel shall be continued from March 10, 2016
16  to April 7, 2016 at 1:30 p.m.  The Case Management Conference in this case and the related case
17  *Shihad v. Safeway Inc*, Case No. 3:16-cv-00114-EMC scheduled for April 7, 2016 at 9:30 a.m. will
18  also be moved to April 7, 2016 at 1:30 p.m.
19  IT IS SO STIPULATED.
20
21  Dated:  February 2, 2016            **BURSOR & FISHER, P.A.**
22                                      By:  */s/ L. Timothy Fisher*
                                             L. Timothy Fisher
23                                           Attorneys for Plaintiff
                                             EDHER SOTO
24
25  Dated:  February 2, 2016            **PERKINS COIE LLP**

26                                      By:  */s/ Sunita Bali*
                                             Sunita Bali
27                                           Attorneys for Defendant
                                             SAFEWAY INC.
28

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO CONSOLIDATE AND
FOR APPOINTMENT OF INTERIM CLASS COUNSEL TO APRIL 7, 2016
Case No.: 15-cv-05078 EMC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL TO APRIL 7, 2016
Case No.: 15-cv-05078 EMC

**PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS ORDERED AS FOLLOWS:**

1. The hearing on Plaintiff's Motion for Consolidation and Appointment of Interim Class Counsel shall be continued from March 10, 2016 at 1:30 p.m. to April 7, 2016 at 1:30 p.m.

2. The Case Management Conference in this case and the related case *Shihad v. Safeway Inc*, Case No. 3:16-cv-00114-EMC will also be moved from April 7, 2016 at 9:30 a.m. to April 7, 2016 at 1:30 p.m.



IT IS SO ORDERED

Judge Edward M. Chen

- 3 -