| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | |
|---|---|---|
| 11 | EHDER SOTO, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-05078-EMC |
| 12 | | **[P**~~RO~~**POSED] ORDER CONSOLIDATING CASES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT** |
| 13 | Plaintiff, | |
| | v. | |
| 14 | | |
| 15 | SAFEWAY, INC., | Hon. Edward M. Chen |
| 16 | Defendant. | |
| 17 | HENEY SHIHAD, an individual on behalf of himself and all others similarly situated, | Case No. 3:16-cv-00114-EMC |
| 18 | | |
| | Plaintiff, | |
| 19 | | |
| | v. | |
| 20 | | |
| 21 | SAFEWAY, INC., and DOES 1 through 25, inclusive, | |
| 22 | | |
| | Defendants. | |
| 23 | | |
| 24 | DAN SHINER, JULIE WHITSON, and MAURI SANDERS, on behalf of themselves and all others similarly situated, | Case No. 3:16-cv-00318-EMC |
| 25 | | |
| 26 | | |
| | Plaintiffs, | |
| 27 | | |
| | v. | |
| 28 | | |

[PROPOSED] ORDER
CASE NO. 3:15-CV-05078-EMC

SAFEWAY, INC., and THE VONS COMPANIES, INC.,

          Defendants.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED as follows:

1. The following related actions assigned to this Court are consolidated pursuant to Federal Rule of Civil Procedure 42(a): (1) *Soto v. Safeway, Inc.*, Case No. 3:15-cv 05078-EMC (filed on November 5, 2015), (2) *Shihad v. Safeway, Inc.*, Case No. 3:16-cv-00114-EMC (filed on January 8, 2015), and (3) *Shiner v. Safeway, Inc., et al.*, Case No. 3:16-cv-00318-EMC (filed on January 20, 2015) (collectively, "the Actions").

2. The caption of the Actions and any subsequently consolidated litigation shall be "*In re Safeway Tuna Cases*" with the Master Docket and Master File being Case No. 3:15-cv-05078-EMC, and the files of all subsequently consolidated actions shall be maintained under this case number.

4. Defendants shall have no obligation to answer or otherwise respond to the pending complaints.

5. No later than 30 days after the entry of this Order, Plaintiffs shall file and serve a Consolidated Complaint. The Consolidated Complaint shall serve as the operative pleading in the consolidated action.

6. Defendant shall respond, whether by answer, motion, or otherwise, to the Consolidated Complaint within 30 days of service.

IT IS SO ORDERED.

Date: 3/9/2016

IT IS SO ORDERED

Judge Edward M. Chen

_____
The Honorable Edward M. Chen
United States District Judge

-1- [PROPOSED] ORDER
CASE NO. 3:15-CV-05078-EMC