1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   In re Safeway Tuna Cases                    Case No. 3:15-cv-05078-EMC

12                                               **[PR~~OPO~~SED] ORDER CONTINUING
     CASE MANAGEMENT CONFERENCE**
13                                               **AND RELATED DEADLINES**

14                                               Hon. Edward M. Chen

15                                               Current Date:  April 7, 2016
                                                 Proposed Date:  June 2, 2016
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    [PROPOSED] ORDER
                                    CASE NO. 3:15-CV-05078-EMC

**[PROPOSED] ORDER**

Based on the parties' Stipulation to Continue Case Management Conference and Related Deadlines, and good cause appearing, the Initial Case Management Conference is continued and related deadlines are adjusted as follows:

       1.     The Initial Case Management Conference will take place on June 2, 2016; at 9:30 a.m.

       2.     The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement is May 26, 2016.

3.     The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is May 12, 2016.

       IT IS SO ORDERED.

Date: _____  3/25/16

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

The _____
Uni _____