ROSEMARY M. RIVAS (Bar No. 209147)
rrivas@finkelsteinthompson.com
QUENTIN A. ROBERTS (Bar No. 306687)
qroberts@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
1 California Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704

Interim Counsel for Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner, and Mauri Sanders

Clark R. Nichols (*pro hac vice*)
CNichols@perkinscoie.com
PERKINS COIE LLP
The PSE Building 10885 N.E. Fourth Street, Suite 700
Bellevue, WA 98004-5579
Telephone: 425.635.1400
Facsimile: 425.635.2400

Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
SAFEWAY INC. and THE VONS COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SAFEWAY TUNA CASES | Case No. 15-cv-05078 EMC<br><br>STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE THE OCTOBER 18, 2016 FURTHER CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2016 |

WHEREAS, the parties participated in a mediation with neutral Martin Quinn of JAMS on August 26, 2016;

1   WHEREAS, the parties are continuing to discuss settlement;

2   WHEREAS, a case management conference is currently scheduled for October 18, 2016 at 10:30 a.m.;

4   WHEREAS, the parties' case management statement is currently due by October 11, 2016;

5   WHEREAS, the parties believe it is in the interests of judicial economy and efficiency to continue the case management conference to November 17, 2016 at 10:30 a.m., and continue the deadline to file the case management statement to November 10, 2016;

8   WHEREAS, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1)   The case management conference currently scheduled for October 18, 2016 at 10:30 a.m. is continued to November 17, 2016 at 10:30 a.m.; and

2)   The case management statement that is currently due on October 11, 2016, is due on November 10, 2016;

DATED:  October 7, 2016            **FINKELSTEIN THOMPSON LLP**

By: /s/ *Rosemary M. Rivas*
   Rosemary M. Rivas

Interim Counsel for Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner and Mauri Sanders

DATED:  October 7, 2016            **PERKINS COIE LLP**

By: /s/  *Sunita Bali*
   Sunita Bali

Attorneys for Defendants SAFEWAY INC. and THE VONS COMPANIES, INC.,

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Rosemary M. Rivas*
   Rosemary M. Rivas

-2-

Case No. 15-cv-05078 EMC                       STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERNCE

**[PROPOSED] ORDER**

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The Case Management Conference scheduled for October 18, 2016 at 2:00 p.m. is continued to November 17, 2016 at ~~2:00~~ 10:30 a.m. p.m.

2. A Case Management Statement is due on November 10, 2016. Class certification motion remains set for February 23, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Date:   October 11, 2016

_____
Hon. Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen