ROSEMARY M. RIVAS (Bar No. 209147)
rrivas@finkelsteinthompson.com
QUENTIN A. ROBERTS (Bar No. 306687)
qroberts@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
1 California Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704

Interim Counsel for Plaintiffs Ehder Soto, Heney
Shihad, Dan Shiner, and Mauri Sanders

Clark R. Nichols (*pro hac vice*)
CNichols@perkinscoie.com
PERKINS COIE LLP
The PSE Building 10885 N.E. Fourth Street, Suite 700
Bellevue, WA 98004-5579
Telephone: 425.635.1400
Facsimile: 425.635.2400

Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
SAFEWAY INC. and THE VONS COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SAFEWAY TUNA CASES | Case No. 15-cv-05078 EMC<br><br>STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE THE NOVEMBER 18, 2016 FURTHER CASE MANAGEMENT CONFERENCE TO DECEMBER ~~1~~ 8, 2016 |

WHEREAS, the parties participated in a mediation with neutral Martin Quinn of JAMS on August 26, 2016;

1  WHEREAS, the parties are continuing to discuss settlement;

2  WHEREAS, a case management conference is currently scheduled for November 18, 2016
3  at 10:30 a.m.;

4  WHEREAS, the parties' case management statement is currently due by November 10,
5  2016;

6  WHEREAS, the parties believe it is in the interests of judicial economy and efficiency to
7  continue the case management conference to December 1, 2016 at 10:30 a.m., and continue the
8  deadline to file the case management statement to November 24, 2016;

9  WHEREAS, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

10  1)   The case management conference currently scheduled for November 18, 2016 at
11      10:30 a.m. is continued to December 1, 2016 at 10:30 a.m.; and

12  2)   The case management statement that is currently due on November 10, 2016, is due
13      on November 24, 2016;

14  DATED:  November 1, 2016           **FINKELSTEIN THOMPSON LLP**

15                                      By: /s/ *Rosemary M. Rivas*
16                                          Rosemary M. Rivas

17                                      Interim Counsel for Plaintiffs Ehder Soto, Heney
                                        Shihad, Dan Shiner and Mauri Sanders
18  
    DATED:  November 1, 2016           **PERKINS COIE LLP**
19  
                                        By: /s/   *Clark R. Nichols*
20                                          Clark R. Nichols

21                                      Attorneys for Defendants SAFEWAY INC. and THE
22                                      VONS COMPANIES, INC.,

23                     **FILER'S ATTESTATION**
24  
    Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that
25  
    the concurrence in the filing of this document has been obtained from all signatories.
26  
                                        /s/ *Rosemary M. Rivas*
27                                          Rosemary M. Rivas

28                                 -2-
    Case No. 15-cv-05078 EMC                          STIPULATION & [PROPOSED] ORDER
                                                      CONTINUING CASE MANAGEMENT
                                                      CONFERNCE

## [PRO~~POSED~~] ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The Case Management Conference scheduled for November 18, 2016 at 10:30 a.m. is continued to December ~~1~~ 8, 2016 at 10:30 a.m.

2. A Case Management Statement is due on N~~ovember 24~~ December 1, 2016.

**IT IS SO ORDERED.**

Date: 11/1/16

_____
Hon. Edward M. Chen
United States District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Case No. 15-cv-05078 EMC

-3-

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERNCE