ROSEMARY M. RIVAS (Bar No. 209147)
rrivas@finkelsteinthompson.com
QUENTIN A. ROBERTS (Bar No. 306687)
qroberts@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
1 California Street, Suite 900
San Francisco, California 94111
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704

Interim Counsel for Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner, and Mauri Sanders

Clark R. Nichols (*pro hac vice*)
CNichols@perkinscoie.com
PERKINS COIE LLP
The PSE Building 10885 N.E. Fourth Street, Suite 700
Bellevue, WA 98004-5579
Telephone: 425.635.1400
Facsimile: 425.635.2400

Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
SAFEWAY INC. and THE VONS COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SAFEWAY TUNA CASES | Case No. 15-cv-05078 EMC<br><br>STIPULATION AND [PR~~OPOSED~~] ORDER TO CONTINUE THE JANUARY 26, 2017 CLASS CERTIFICATION FILING DATE TO FEBRUARY 9, 2017<br><br>Judge:         Hon. Edward M. Chen<br>Courtroom:  5, 17th Floor |

WHEREAS, the Court initially set a date of January 5, 2017 for Plaintiffs to file a motion for class certification;

WHEREAS, at the last case management conference with the Court on December 8, 2016, the parties informed the Court that they were continuing with settlement discussions and that due to Defendants' witness unavailability in December 2016, they wished to continue the January 5, 2017 class certification filing deadline by three weeks;

WHEREAS, the Court continued the January 5, 2017 class certification filing deadline to January 26, 2017;

WHEREAS, the parties have continued settlement discussions and Plaintiffs were prepared to take Defendants' deposition on January 10, 2017 and January 18, 2017 pursuant to F.R.C.P. 30(b)(6) except they wished to focus on settlement discussions and counsel for Defendants was ill;

WHEREAS, the parties have continued settlement discussions and expect those will either be completed in the next week and culminate in a settlement agreement or they will proceed with the litigation;

ACCORDINGLY, the parties by and through their counsel of record, hereby stipulate as follows:

1) The deadline for Plaintiffs to file their motion for class certification will be February 9, 2017 and the hearing will be scheduled for March 16, 2017.

DATED:  January 20, 2017                    **FINKELSTEIN THOMPSON LLP**

By: /s/ *Rosemary M. Rivas*
    Rosemary M. Rivas

Interim Counsel for Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner and Mauri Sanders

DATED:  January 20, 2017                    **PERKINS COIE LLP**

By: /s/ *Clark R. Nichols*
    Clark R. Nichols

Attorneys for Defendants SAFEWAY INC. and THE VONS COMPANIES, INC.,

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/     *Rosemary M. Rivas*
Rosemary M. Rivas

**[PRO~~POS~~ED] ORDER**

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation.  The Court hereby orders as follows:

The deadline for Plaintiffs to file their motion for class certification is continued to February 9, 2017 and the hearing will be scheduled for March 16, 2017.

**IT IS SO ORDERED.**

Date:   January 24, 2016



_____
United States District Court Judge
Judge Edward M. Chen