Gordon M. Fauth, Jr. (SBN: 190280)
gmf@classlitigation.com
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431
Of Counsel to
FINKELSTEIN THOMPSON LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
Interim Lead Class Counsel

Clark Reed Nichols (*pro hac vice*)
CNichols@perkinscoie.com
PERKINS COIE LLP
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA 98004-5579
Telephone: 425.635.1400
Facsimile: 425.635.2400

Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
SAFEWAY INC. and THE VONS COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SAFEWAY TUNA CASES | Case No. 15-cv-05078 EMC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1) (A)((ii)** |

# STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner, Julie Whitson and Mauri Sanders and Defendants Safeway Inc. and The Von Companies, Inc., through their respective attorneys, stipulate and agree that this action shall be dismissed with prejudice as to the individual claims of Plaintiffs Ehder Soto, Heney Shihad, Dan Shiner, Julie Whitson and Mauri Sanders, and without prejudice as to any proposed class claims and any proposed class members.

IT IS SO STIPULATED.

DATED: March 3, 2017  **FINKELSTEIN THOMPSON LLP**
By: */s/ Gordon M. Fauth, Jr.*
   Gordon M. Fauth, Jr.

Interim Counsel for Plaintiffs Ehder Soto, Julie Whitson, Heney Shihad, Dan Shiner, and Mauri Sanders

DATED: March 3, 2017  **PERKINS COIE LLP**
By: */s/ Clark Reed Nichols*
   Clark Reed Nichols

Attorneys for Defendants SAFEWAY INC. and THE VONS COMPANIES, INC.

DATED: March 3, 2017  **BURSOR & FISHER, P.A.**
By: */s/ Lawrence Timothy Fisher.*
   Lawrence Timothy Fisher

Attorneys for Ehder Soto

DATED: March 3, 2017  **NATHAN & ASSOCIATES, APC**
By: */s/ Reuben D. Nathan*
   Reuben D. Nathan

Attorneys for Heney Shihad

| | |
|---|---|
| DATED: March 3, 2017 | **FINKELSTEIN THOMPSON LLP**<br>By: */s/ Gordon M. Fauth, Jr.*<br>      Gordon M. Fauth, Jr.<br><br>Attorneys for Dan Shiner |
| DATED: March 3, 2017 | **FINKELSTEIN THOMPSON LLP**<br>By: */s/ Gordon M. Fauth, Jr.*<br>      Gordon M. Fauth, Jr.<br><br>Attorneys for Julie Whitson |
| DATED: March 3, 2017 | **FINKELSTEIN THOMPSON LLP**<br>By: */s/ Gordon M. Fauth, Jr.*<br>      Gordon M. Fauth, Jr.<br><br>Attorneys for Mauri Sanders |

## **CERTIFICATION**

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

| | |
|---|---|
| Dated: March 3, 2017 | By: */s/ Clark Reed Nichols*<br>      Clark Reed Nichols |

**IT IS SO ORDERED**

*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA